# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA

IN RE: _____ )  Chapter _____
       _____ )  Number _____
              Debtor(s)        )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** _____  _____  _____
                Last                      First                    MI

**Joint Debtor Name:** _____  _____  _____
                      Last                      First                    MI

**Previous Address:** _____
                     _____
                     _____  _____  _____
                     City                     State                    Zip Code

**New Address:** _____
                _____
                _____  _____  _____
                City                     State                    Zip Code

This _____ day of _____ , 20___ .

                                    By: _____
                                        Name              Title
                                        _____
                                        Address
                                        _____
                                        City       State      Zip Code
                                        _____
                                        Telephone          Bar ID